# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### 701 CLEMATIS STREET, ROOM 257
### WEST PALM BEACH, FLORIDA 33401

DONALD M. MIDDLEBROOKS
DISTRICT JUDGE

October 3, 2006

VIA FAX (202-502-1899) and
U.S. MAIL

Judge William E. Smith
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, DC 20544

Re:    Annual Financial Disclosure Report
        Calendar Year 2005 Filing

Dear Judge Smith:

In reference to your letter of August 1, 2006, I submit the following:

1.    <u>Lake Lucy Groves</u>: As I indicated in my 2005 report, virtually all of the assets of Lake Lucy Groves were sold, and I reflected a gain code in Part VII (1) of H1 ($1,000,000 - $5,000,000). This figure includes the gain attributable to my children. My 2005 personal income tax return reflects my portion of this gain as Ordinary Income of $149,187.00, and Part I, Sec. 1231 gain of $1,075,905.

2.    <u>Northern Trust Checking Account</u> – I have reviewed my 2004 report and believe that this account was reflected as item #18 under Part VII.

3.    <u>U.S. Treasury Inflation Index NTS DTD 1/15/2001</u> – The 2005 Report lists the Treasury TIP's as item #41.

4.    <u>Medco Health Sol. Common Stock</u> – I received the Medco stock as a dividend from my holding in Merck Stock. I have since sold the Medco stock. The records necessary for me to determine the date of sale and the proceeds (which were minimal) are in storage. The Palm Beach Courthouse closed for storm repairs on November 19, 2004 and many of my financial records have been in storage since

that time. Hopefully, I will regain access to the materials soon. Right now, it is expected that the Courthouse will reopen within the next sixty to ninety days.

5.  <u>Corning Common Stock</u> – My ■ has ■ shares of Corning Stock valued at less than $500.00 which was given to ■ as a gift by ■ The date of acquisition is contained in the records I previously indicated as being in storage, and will be supplied as soon as access is obtained.

6.  <u>Northern Trust Money Fund</u> – There was a small balance in this account which was liquidated, I believe in 2004.

Sincerely,

Donald M. Middlebrooks

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Middlebrooks, Donald M | U.S.D.C. - S.D. FLA (WPB) | 06/27/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Ct. Judge-Active | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 701 Clematis Street, Room 257 West Palm Beach, FL 33401 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (22.5% Interest) | Lake Lucy Groves (Operations and most of assets sold - See Section VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED JUL 5 3 37 PM '06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Lake Lucy Groves (Reported under section VII) | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Palm Beach County School Board - Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Aspen Institute | Baltimore, Maryland, April 29 - May 1, 2005, Judges' Seminar on "International Human Rights and Humanitarian Law" (meals, lodging, seminar) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/27/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lake Lucy Groves, Lake Cty, FL (appraised 10/1/92) | F | Distribution | M | W | Partial Sale | 9/2 | P1 | H1 | See Section VIII |
| 2. Coca Cola Common Stock | D | Dividend | N | T | | | | | |
| 3. Berkshire Hathaway Common Stock A | | None | O | T | | | | | |
| 4. Berkshire Hathaway Common Stock B | | None | M | T | Buy | 3/16 | J | | |
| 5. | | | | | Buy | 3/29 | J | | |
| 6. | | | | | Buy | 9/13 | K | | |
| 7. | | | | | Buy | 9/22 | K | | |
| 8. Exxon Mobil Common Stock A | A | Dividend | L | T | Buy | 10/04 | L | | |
| 9. | | | | | Buy | 10/06 | K | | |
| 10. Intel Corporation Common Stock | | None | K | T | Buy | 12/09 | K | | |
| 11. Microsoft Corporation Common Stock | | None | K | T | Buy | 12/09 | K | | |
| 12. Johnson & Johnson Common Stock | | None | K | T | Buy | 9/9 | L | | |
| 13. | | | | | Sell | 9/13 | L | A | |
| 14. | | | | | Buy | 12/08 | K | | |
| 15. I Shares MSCI Emerging Markets Index Fund | B | Dividend | M | T | Buy | 4/13 | K | | |
| 16. | | | | | Buy | 9/12 | M | | |
| 17. I Shares MSCI EAFE Index Fund | D | Dividend | N | T | Buy | 4/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy | 9/12 | N | | |
| 19. UTS SPDR Trust Series I | A | Dividend | M | T | Buy | 9/12 | M | | |
| 20. Vanguard Total Stock Mkt Viper | B | Dividend | M | T | Buy | 9/12 | M | | |
| 21. I Shares Trust Lehman Bond Fund | D | Interest | N | T | Buy | 9/12 | M | | |
| 22. Wachovia Common Stock | B | Dividend | L | T | | | | | |
| 23. Corning Common Stock | | None | J | T | | | | | |
| 24. Davis NY Venture Fund Class C | | None | | | Sell | 9/12 | K | C | |
| 25. U.S. Treasury Bills | | None | N | T | Buy | 9/19 | N | | |
| 26. U.S. Treasury Notes | D | Interest | N | T | Buy | 9/14 | M | | |
| 27. Federal Home Loan Bank | D | Interest | N | T | | | | | |
| 28. Federal Nat. Mtg. Ass'n Med. Term Notes | C | Interest | L | T | | | | | |
| 29. Federal Farm Credit Bonds | C | Interest | L | T | | | | | |
| 30. .2279279% Int. in ▮▮▮▮▮ Airport Ind. Pk. Orlando | | None | K | Q | | | | | |
| 31. Northern Trust Money Fund | A | Interest | J | T | | | | | |
| 32. Holwood, Inc. | | None | K | W | | | | | |
| 33. Level 3 Communication Inc. CV | A | Interest | J | T | Buy | 7/1 | J | | |
| 34. Citibank, N.A. Bank Deposit Program (Cash) | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Middlebrooks, Donald M | 06/27/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pfizer | A | None | | | Sell | 4/13 | L | A | |
| 36. Level 3 Communications, Inc. | | None | | | Sell | 7/1 | J | A | |
| 37. BundesObligation #13DTD 8/22/2001 | C | Interest | | | Sell | 9/12 | L | A | |
| 38. Canada Gov't CDN DTD 8/17/1998 | B | Interest | | | Sell | 9/12 | K | C | |
| 39. CDN DTD 8/3/1999 | B | Interest | | | Sell | 9/12 | K | C | |
| 40. BundesRepublic Deuts DTD 7/4/2003 | B | Interest | | | Sell | 9/12 | L | C | |
| 41. US Tsy Inflation Index NTS DTD 1/15/2001 | B | Interest | M | T | | | | | |
| 42. Costco Wholesale Corp. | | None | | | Sell | 4/13 | K | D | |
| 43. Northern Trust Checking Account | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Item Number:

1. On September 2, 2005 virtually all of the assets of Lake Lucy were sold leaving within the partnership only two, as yet unplatted,    lots in the residential subdivision to be developed on the grove property that was sold. The contract for sale was with Hope    Development Group, LLC, ███████ ███████ but at closing, the buyer assigned the contract to Centex Homes, ██████████, Altamonte Springs, FL ███████

30. Appraisal Date 8/6/94.

32. Previously disclosed shares in ███ corporation given to ██████████ Timberland in Crawfordville, GA sole asset of    corporation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date  6/27/06

NOTE: ANY ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544